62 A.3d 374

**Yassin MOHAMAD, Petitioner**

**v.**

**Ricardo C. JACKSON, Respondent.**

**No. 215 EM 2012.**

Supreme Court of Pennsylvania.

Feb. 28, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of February, 2013, the Application for Leave to File Original Process is **GRANTED,** and the

346

Petition for Writ of Mandamus and the Application for Appointment of Counsel are **DENIED.** Finally, the Prothonotary is instructed to strike the name of the jurist from the caption.